# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| TWO RIVERS PSYCHIATRIC HOSPITAL, <br><br> Plaintiff, <br><br> vs. <br><br> MARCIA L. BIGGS and TOM BIGGS, <br><br> Defendants and <br> Third-Party Plaintiffs, <br><br> vs. <br><br> CORESOURCE, <br><br> Third-Party Defendant. | Case No. 05-0605-CV-W-FJG |

## ORDER

On September 19, 2005, the Court issued an Order requesting that CoreSource show cause why the case should not be remanded for lack of jurisdiction. CoreSource responded by stating that there is a split of authority on the removability of third-party actions. Before ruling on this issue, the Court would like the other parties to address this question as well. Accordingly, defendants/third-party plaintiffs and plaintiff shall file a brief of ten pages or less on or before November 7, 2005 addressing this issue and the arguments raised in CoreSource's response.

Date: October 21, 2005　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge